UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Janelle P. Ballentine,**

      *Plaintiff,*

v.

**Case No. 3:15-cv-200**
**Judge Thomas M. Rose**

**Carolyn Colvin, Acting Commissioner of Social Security,**

      *Defendant.*

---

**DECISION AND ENTRY GRANTING JOINT MOTION FOR REMAND** (DOC. 11) **AND TERMINATING CASE.**

---

Pending before the Court is Plaintiff Janelle P. Ballentine and Defendant Carolyn Colvin, Acting Commissioner of Social Security's Joint Motion for Remand. (Doc. 11).  Pursuant to the fourth sentence of 42 U.S.C. § 405(g) and Federal Rule of Civil Procedure 58, the Court **ORDERS** the instant case **REMANDED**.  Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act.

The Court **ORDERS** the Clerk to terminate the instant case from the docket of the United States District Court, Western Division at Dayton and enter judgment consistent with this order.

**DONE** and **ORDERED** this Thursday, January 28, 2016.

                                                s/Thomas M. Rose

                                        _____
                                                THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE