IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| JANNELLE BALLENTINE, | : Case No. 3:15-cv-200 |
| Plaintiff, | : District Judge Thomas M. Rose |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| NANCY A. BERRYHILL, COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

# DECISION AND ENTRY

This case is before the Court upon the Motion for Allowance of Attorney Fees filed by Plaintiff's attorney (Doc. #14) and the Commissioner's Response (Doc. #15).

The Motion seeks an award of attorney fees under 42 U.S.C. § 406(b)(1) in the total amount of $13,905.00. In the absence of opposition by the Commissioner, the Motion and supporting Exhibits establish that an award of attorney fees is reasonable and warranted under 42 U.S.C. § 406(b)(1) in the amount the Motion seeks.

Accordingly, the Court hereby **ORDERS** that:

1. The Motion for Allowance of Attorney Fees filed by Plaintiff's attorney (Doc. #13) is GRANTED;

2. The Commissioner shall pay Plaintiff's attorney fees pursuant to 42 U.S.C. § 406(b)(1) in the amount of $13,905.00; and

3. The case remains terminated on the docket of this Court.

Date: July 25, 2017

*s/Thomas M. Rose
Thomas M. Rose
United States District Judge